**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00341-RJC-DSC**

| | |
|---|---|
| **JOHN STRAYHORN, et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BANK OF AMERICA, N.A.,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Plaintiffs' Unopposed Motion To Stay Proceedings Pending Resolution Of Plaintiffs' Motion To Remand" (document #10). For the reasons stated therein, the Motion is granted.

If the Court denies Plaintiffs' Motion to Remand, Plaintiffs' shall file their response to Defendant's Motion to Dismiss within ten days of that order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: July 16, 2018

David S. Cayer
United States Magistrate Judge